IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CENTENNIAL BANK,

    Plaintiff,

vs.                             CASE NO. **4:11-cv-00124-RH-WCS**

ADAMS STREET LOFTS, LLC;
STEVEN M. LEONI;
JONATHAN D. LEONI;
ADAMS STREET LOFTS CONDOMINIUM
ASSOCIATION, INC.;
GEMINI PARKING DECK NORTH, INC.,

    **Defendants.**

## NOTICE OF FILING SEALED ATTORNEYS' FEE RECORDS AND SUMMARY OF TIME RECORDS FOR CENTENNIAL BANK

Plaintiff, Centennial Bank, by and through its undersigned counsel, and pursuant to Local Rule 54.1(B) hereby submits its summary of attorneys' and non-attorneys' time expended on behalf of Plaintiff in this action from December 1, 2010 to April 30, 2011.

### Attorney Time:

| | |
|---|---|
| Megan F. Fry (MFF) | 12.4 hours |
| William E. Bond (WEB) | 3.0 hours |
| Scott A. Remington (SAR) | 0.7 hours |
| Total Time: | 16.1 hours |

### Non-Attorney Time:

| | |
|---|---|
| Caitlin M. Burchill (CMB2) | 5.0 hours |
| Total Non-Attorney Time: | 5.0 hours |
| **Total Time:** | **21.1 hours** |

The summary of the aforementioned attorney time records is being filed herewith under seal, as provided by Local Rule 54.1(B)(4).

Respectfully submitted, this 13th day of May, 2011.

>Respectfully submitted,
>
>/s/ Megan F. Fry
>**MEGAN F. FRY**
>Florida Bar No. 0058608
>mfry@cphlaw.com
>Clark, Partington, Hart, Larry,
>Bond & Stackhouse
>P.O. Box 13010 (32591-3010)
>125 West Romana Street,
>Suite 800
>Pensacola, FL  32502
>(850) 434-9200 phone
>(850) 432-7340 fax
>Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been furnished electronically via the electronic filing system of the United States District Court, Northern District of Florida, Tallahassee Division, to:

> Russell Buchanan, Esq.
> BROAD & CASSEL
> 215 South Monroe Street, Suite 400
> Tallahassee, FL 32301
> rbuchanan@broadandcassel.com

and by US Mail to:

> Jonathan D. Leoni
> 1387 Conservatory Drive
> Tallahassee, Florida 32312

On this 13th day of May, 2011.

/s/ Megan F. Fry
**MEGAN F. FRY**