UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CENTENNIAL BANK,

    Plaintiff,

vs.

ADAMS STREET LOFTS, LLC;
STEVEN M. LEONI;
JONATHAN D. LEONI;
ADAMS STREET LOFTS CONDOMINIUM
ASSOCIATION, INC.;
GEMINI PARKING DECK NORTH, INC.

CASE NO. 4:11-cv-00124-RH-WCS

    Defendants.              /

### DEFENDANT'S SUMMARY OF ATTORNEY'S FEE RECORDS

Defendants, ADAMS STREET LOFTS, LLC, ADAMS STREET LOFTS CONDOMINIUM ASSOCIATION, INC., STEVEN M. LEONI and GEMINI PARKING DECK NORTH, INC., hereby file their Summary of Attorney's Fee Records and summarize the time records filed this date as follows:

| | |
|---|---|
| Total attorney hours this filing: | 20.10 hours |
| Total non-attorney hours this filing: | .00 hours |

This represents time billed from the inception of the case through May 31, 2011.

Dated this 14th day of June, 2011.

/s/ Russell Buchanan
JOSEPH P. JONES
Florida Bar No. 191604
jjones@broadandcassel.com
RUSSELL B. BUCHANAN
Florida Bar No. 0055474
rbuchanan@broadandcassel.com
BROAD AND CASSEL
215 South Monroe Street, Suite 400 (32301)
P. O. Drawer 11300
Tallahassee, FL 32302
Telephone: (850) 681-6810; Fax: (850) 681-9792

Counsel for Adams Street Lofts, LLC;
Adams Street Condominium Association, Inc.;
Gemini Parking Deck North, Inc. and
Steven M. Leoni

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was provided via electronic service this 14th day of June 2011, to Counsel for Plaintiff, as follows:

Megan F. Fry
Fla. Bar No. 122483
Scott A. Remington
Fla. Bar No. 0058608
CLARK, PARTINGTON, HART, LARRY,
BOND & STACKHOUSE
P. O. Box 13010
Pensacola, FL 32591-3010
Telephone: (850) 434-9200
Fax: (850) 432-7340
mfry@cphlaw.com
Counsel for Plaintiff

/s/ Russell Buchanan
Attorney