IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CENTENNIAL BANK,

    Plaintiff,

v.       CASE NO. 4:11cv124-RH/WCS

ADAMS STREET LOFTS, LLC et al.,

    Defendants.

_____/

**ORDER PROHIBITING THE FILING OF**
**MONTHLY ATTORNEY-FEE RECORDS**

In accordance with the Initial Scheduling Order, ECF No. 27, the requirement to file monthly attorney-fee records does not apply in this case. No party may file attorney-fee records until necessary in connection with a motion to award fees.

SO ORDERED on July 20, 2011.

        s/Robert L. Hinkle
        United States District Judge